IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY FOOTLIK, | ) |
| Appellant, | ) |
| vs. | ) No. 05 C 4551 |
| | ) (No. 01 B 41360) |
| MR. B's, INC., et al., | ) |
| Appellees. | ) |

## MEMORANDUM OPINION AND ORDER

Appellant embezzled money from his employer and its principal, but he did not keep a record of how much. Plaintiffs-appellees came up with figures by calculating cash on hand at the beginning of the period, how much cash was added by check during the period and by sales, how much was subtracted by cash purchases and to cash checks, how much was left at the end of the period, and how much of his own funds appellant deposited. There was, as well, a specific shortage in a backup cash reserve.

A CPA for plaintiffs-appellees testified that was a sound means of determining the loss, Bankruptcy Judge Schmetterer agreed, and so do we. Obviously, therefore, we do not believe the judgment amounts were clearly erroneous. We affirm.

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 11, 2006.